```
DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES LEE McCURIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-255-MCE |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | Date: September 5, 2006 |
| JAMES LEE McCURIN, ) | Time: 8:30 a.m. |
| ) Defendants. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America though Robert Twiss, Assistant U.S. Attorney and defendant, JAMES LEE McCURIN, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of August 22, 2006 be vacated and a status conference/change of plea hearing be set for September 5, 2006 at 8:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea hearing set

for September 5, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 17, 2006

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Dennis S. Waks
    _____
    DENNIS S. WAKS
    Supervising Assistant Federal Defender
    Attorney for Defendant
    JAMES LEE McCURIN

Dated: August 17, 2006

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Dennis S. Waks for
    _____
    ROBERT TWISS
    Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: August 23, 2006

    _____
    MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE