DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES LEE McCURIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0255-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| JAMES LEE McCURIN, | ) Date: October 3, 2006 |
| | ) Time: 8:30 a.m. |
| Defendants. | ) Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America though Robert Twiss, Assistant U.S. Attorney and defendant, JAMES LEE McCURIN, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of September 5, 2006 be vacated and a status conference/change of plea hearing be set for October 3, 2006 at 8:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea hearing set for October 3, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and

1  Local Code T4 based upon continuity of counsel and defense preparation.

2  Dated:   August 31, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal
Defender
Attorney for Defendant
JAMES LEE McCURIN

Dated:   August 31, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for
_____
ROBERT TWISS
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: September 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2