HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
JAMES LEE MCCURIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00255-MCE |
| Plaintiff, | [PROPOSED] ORDER TO SEAL EXHIBT A: JAMES LEE MCCURIN'S MEDICAL RECORDS |
| vs. | |
| JAMES LEE MCCURIN, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A Mr. James Lee McCurin's Medical Records (Dkt. [ ]) be granted so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: ~~March~~ April 1, 2020

HON. EDMUND F. BRENNAN
United States Chief Magistrate Judge