HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Noa_oren@fd.org

Attorneys for Defendant
JAMES LEE MCCURIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:06-cr-00255-MCE |
|---|---|---|
| Plaintiff, | ) ) | WAIVER OF McCURIN'S PERSONAL APPEARANCE FOR ADMIT/DENY HEARING |
| vs. | ) ) | |
| JAMES LEE MCCURIN, | ) ) | |
| Defendant. | ) ) | |

Under CARES Act § 15002(b), JAMES LEE McCURIN, by and through his counsel of record, consents to proceed with his admit/deny hearing by video-teleconference.  Counsel has advised Mr. McCurin of his right to appear in person for this hearing, as well as of his ability to waive his personal appearance and appear via video-teleconference.  Mr. McCurin waives his right to personally appear at his admit/deny hearing on July 9, 2020.

///

///

///

///

///

///

Pursuant to Gen. Order 616, counsel for Mr. McCurin signs this waiver on his behalf.

Dated: July 1, 2020

                                   */s/ James Lee McCurin*
                                   JAMES LEE McCURIN

I agree and consent to my Client's waiver of appearance.

Dated:  July 1, 2020

                                   *s/ Noa Oren*
                                   NOA E. OREN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JAMES LEE McCURIN

        IT IS SO ORDERED.

Dated:  July 7, 2020

                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE