HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
JAMES LEE MCCURIN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00255-MCE |
| Plaintiff, | **ORDER TO SEAL EXHIBT A - JAMES LEE MCCURIN'S MEDICAL RECORDS** |
| vs. | |
| JAMES LEE MCCURIN, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A - Mr. James Lee McCurin's Medical Records be granted so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's Request, sealing Exhibit A serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing Exhibit A that would adequately protect the compelling interests identified by Defendant.

///

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  October 20, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE